IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN

| | |
|---|---|
| JESSICA XAYSANA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:20-CV-00015-LLK |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Social Security Administration for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

TENDERED BY:

Rachel Julis
Special Assistant U. S. Attorney
Social Security Administration
600 West Madison Street, 6th Floor
Chicago, IL 60661